IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02330-BNB

JOHN TEETS,

Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

Defendant.
_____

# ORDER
_____

This action was drawn to me directly under this court's Pilot Program for Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The Pilot Program requires that the parties complete and file a Consent Form "at the earlier of (1) not more than ten days after the scheduling conference; or (2) not more than forty-five days after the filing of the first response, other than an answer, to the operative complaint."  Pilot Program, Part II.C.

The case originated in the United States District Court for the Eastern District of California.  It was transferred here by an Order entered on August 20, 2014 [Doc. # 1].  The first response appears to be a motion to dismiss filed on July 28, 2014, before the case was transferred.  Consequently, the deadline by which the Consent Form must be completed and filed is not apparent.

IT IS ORDERED that the parties shall complete and file the Consent Form on or before October 10, 2014.

Dated September 29, 2014.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge