IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02330-BNB

JOHN TEETS,

Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to Appear Telephonically at October 14, 2014, Rule 16(b) Scheduling Conference** [docket no. 23, filed September 26, 2014] (the "Motion").

      IT IS ORDERED that the Motion is DENIED AS MOOT.

      IT IS FURTHER ORDERED that the Scheduling Conference set for **October 14, 2014** is **VACATED.**  This matter will be reset once the case has been redrawn.


DATED:  October 2, 2014