IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02330-WJM-NYW

JOHN TEETS,

    Plaintiff,

v.

GREAT-WEST LIFE &
ANNUITY INSURANCE
COMPANY,

    Defendant.

**MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Pursuant to Section III-H of the Practice Standards for Civil and Criminal Matters Before Judge Martinez, Plaintiff hereby submits a Motion for Leave to Cite Supplemental Authority in support of his Opposition to Defendant's Motion to Dismiss (ECF No. 27). The new decision is *Tibble v. Edison Intern.*, --- S.Ct. ---, 2015 WL 2340845 (May 18, 2015). The case pertains to Defendant's argument that Plaintiff's claims are barred by the applicable statute of limitations.

Dated: May 20, 2015

Respectfully submitted,

By: */s/ Nina Wasow*

Todd F. Jackson
Nina Wasow
Julie Wilensky
LEWIS, FEINBERG,
LEE & JACKSON P.C.
476 9th Street
Oakland, California 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
tjackson@lewisfeinberg.com
nwasow@lewisfeinberg.com
jwilensky@lewisfeinberg.com

Garrett W. Wotkyns
Michael McKay
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Rd., Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Todd Schneider
Mark Johnson
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Ste. 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Scot Bernstein
LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533
swampadero@sbernsteinlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 20, 2015, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Joel Stephen Feldman, jfeldman@sidley.com

Mark B. Blocker, mblocker@sidley.com

Daniel Robert Thies, dthies@sidley.com

Edward Craig Stewart, stewart@wtotrial.com

*/s/ Colin Caprara*
Legal Assistant
Lewis, Feinberg,
Lee & Jackson, P.C.