IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02330-WJM-NYW

JOHN TEETS,

   Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY,

   Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

   This civil action is before the court on Plaintiff's Unopposed Motion for an Order Modifying the Scheduling Order and Extending Expert Disclosure and Related Deadlines (the "Motion"). [#49, filed July 8, 2015]. Pursuant to the Order Referring Case dated October 6, 2014 [#29], Order of Reassignment dated February 10, 2010 [#40], and the memorandum dated July 9, 2015 [#50], the matter was referred to this Magistrate Judge.

   The Motion is GRANTED for good cause shown and the Scheduling Order is modified as follows:

   1. The Parties shall designate experts on or before **November 17, 2015**;

   2. The Parties shall designate rebuttal experts on or before **December 17, 2015**;

   3. The Parties shall complete discovery for class certification by **January 19, 2015**;

   4. The deadline for filing a motion for class certification is on or before **February 17, 2015**.

   The Parties are advised that no further extensions of these deadlines will be granted. As previously directed by Judge Boland, within thirty (30) days following a ruling on the motion for class certification, the Parties shall file a status report addressing the ruling and all post-certification pretrial matters to be scheduled.

DATED: July 13, 2015