**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02330-WJM-NYW

JOHN TEETS,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on the Motion to Withdraw Julie Wilensky as Plaintiff's Counsel (the "Motion"). [#55, filed October 20, 2015].

    IT IS ORDERED that the Motion is GRANTED. Julie Wilensky is granted leave to withdraw from the representation of Plaintiff and is to be removed from the electronic service.

DATED: October 21, 2015