# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02330-WJM-NYW

JOHN TEETS,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendant's Unopposed Motion for Extension of Deadlines (the "Motion"). [#58, filed October 29, 2015]. Pursuant to the Order Referring Case dated October 6, 2014 [#29], Order of Reassignment dated February 10, 2010 [#40], and the memorandum dated October 29, 2015 [#59], the matter was referred to this Magistrate Judge.

    This case was filed in June 2014 and transferred to this court on August 21, 2014. [*See* #1]. On November 12, 2014, Magistrate Judge Boland issued the original Scheduling Order, in which the Parties contemplated eight months for completion of expert disclosures, ten months for completion of class discovery, and for further discovery to occur should the court grant Plaintiff's anticipated motion for class certification. [*See* #34]. On July 13, 2015, this court granted Plaintiff's Unopposed Motion for an Order Modifying the Scheduling Order and Extending Expert Disclosure and Related Deadlines, thereby extending the deadline to designate expert witnesses and rebuttal expert witnesses, complete class discovery, and file the motion for class certification by four months. [*See* #51]. This court warned that "no further extensions of these deadlines will be granted." *Id.* Now, under the current posture of this case and should the court grant a forthcoming motion for class certification, the Parties would not engage in merits discovery until well into 2016, likely two years after Plaintiff filed the Complaint. Accordingly,

    The Motion is GRANTED IN PART and DENIED IN PART and the Scheduling Order is modified as follows:

  1. The Parties shall designate experts on or before **December 14, 2015**;

2. The Parties shall designate rebuttal experts on or before **January 8, 2016**;

3. The Parties shall complete discovery for class certification by **January 19, 2016**; and

4. The deadline for filing a motion for class certification is on or before **February 17, 2016**.

Within thirty (30) days following a ruling on the motion for class certification, the Parties shall file a status report addressing the ruling and all post-certification pretrial matters to be scheduled.

DATED: November 3, 2015