# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02330-WJM-NYW

JOHN TEETS,

     Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

     Defendant.

---

### DEFENDANT'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS

---

Pursuant to the Stipulated Protective Order entered in this case on November 20, 2014 (Dkt. 39) (the "Protective Order"), and D. Colo. Local Rule 7.2(e), Defendant Great-West Life & Annuity Insurance Company ("Great-West") hereby moves to restrict public access to the following documents by maintaining them under seal:

- Dkt. 167-3:  Thies Declaration Exhibit 4: Excerpts of the deposition transcript of David A. Hall
- Dkt. 167-4:  Thies Declaration Exhibit 6: Excerpts of the deposition transcript of Charles P. Nelson
- Dkt. 167-6:  Thies Declaration Exhibit 7: Excerpts of the deposition transcript of Sara Richman
- Dkt. 167-7:  Thies Declaration Exhibit 8: Excerpts of the deposition transcript of Laura T. Starks
- Dkt. 171-1:  Bendrick Declaration Exhibit 1: Farmer's Rice Cooperative Application for Group Annuity Contract
- Dkt. 171-2:  Bendrick Declaration Exhibit 2: Great-West Services Agreement
- Dkt. 173-1:  McLeod Declaration Exhibit 1: Great-West 401(k) Standard Credited Rates
- Dkt. 173-2:  McLeod Declaration Exhibit 2: Great-West Credited Rate Recommendations
- Dkt. 176-1:  Thies Declaration Exhibit 2: Excerpts of the deposition transcript of Ernest Friesen

- Dkt. 176-2:    Thies Declaration Exhibit 3: Exhibit 207 to the deposition of Ernest Friesen
- Dkt. 176-3:    Thies Declaration Exhibit 4: Excerpts of the declaration transcript of Richard Kopcke, Ph.D.
- Dkt. 176-4:    Thies Declaration Exhibit 5: Excerpts of the deposition transcript of David McLeod
- Dkt. 176-5:    Thies Declaration Exhibit 6: Excerpts of the deposition transcript of Christine Moritz
- Dkt. 176-6:    Thies Declaration Exhibit 7: Excerpts of the deposition transcript of Charles P. Nelson
- Dkt. 176-7:    Thies Declaration Exhibit 8: Excerpts of the deposition transcript of Steven Pomerantz, Ph.D.
- Dkt. 176-8:    Thies Declaration Exhibit 9: Excerpts of the deposition transcript of Sara Richman
- Dkt. 176-9:    Thies Declaration Exhibit 11: Excerpts of the deposition transcript of Peter Tilley
- Dkt. 179-2:    Wasow Declaration Exhibit 2: Excerpts of the deposition transcript of David McLeod
- Dkt. 179-3:    Wasow Declaration Exhibit 3: Excerpts of the deposition transcript of Christine Moritz
- Dkt. 179-4:    Wasow Declaration Exhibit 4: Excerpts of the deposition transcript of Peter Tilley
- Dkt. 179-5:    Wasow Declaration Exhibit 5: Great-West's Updated Responses and Objections to Plaintiff's First Set of Interrogatories
- Dkt. 179-6:    Wasow Declaration Exhibit 6: Great-West's Responses and Objections to Plaintiff's First Set of Interrogatories
- Dkt. 179-7:    Wasow Declaration Exhibit 7: Excerpts of the deposition transcript of Sara Richman
- Dkt. 179-8:    Wasow Declaration Exhibit 8: Great-West's Directors' Symposium
- Dkt. 179-9:    Wasow Declaration Exhibit 9: Exhibit 159 to the deposition of Christine Moritz
- Dkt. 179-10:   Wasow Declaration Exhibit 10: Excerpts of the deposition transcript of Charles P. Nelson
- Dkt. 179-11:   Wasow Declaration Exhibit 11: Excerpts of the deposition transcript of Brenda Veik
- Dkt. 179-12:   Wasow Declaration Exhibit 12: Exhibit 104 to the deposition of Peter Tilley
- Dkt. 179-13:   Wasow Declaration Exhibit 13: Exhibit 113 to the deposition of Peter Tilley
- Dkt. 179-14:   Wasow Declaration Exhibit 14: Exhibit 119 to the deposition of David McLeod

- Dkt. 179-15:   Wasow Declaration Exhibit 15: Exhibit 127 to the deposition of David McLeod
- Dkt. 179-16:   Wasow Declaration Exhibit 16: Exhibit 168 to the deposition of Sara Richman
- Dkt. 179-17:   Wasow Declaration Exhibit 17: Exhibit 169 to the deposition of Sara Richman
- Dkt. 179-18:   Wasow Declaration Exhibit 18: Exhibit 170 to the deposition of Sara Richman
- Dkt. 179-19:   Wasow Declaration Exhibit 19: Exhibit 171 to the deposition of Sara Richman
- Dkt. 179-20:   Wasow Declaration Exhibit 20: Exhibit 172 to the deposition of Sara Richman
- Dkt. 179-21:   Wasow Declaration Exhibit 21: Exhibit 173 to the deposition of Sara Richman
- Dkt. 179-22:   Wasow Declaration Exhibit 22: Exhibit 174 to the deposition of Sara Richman
- Dkt. 179-23:   Wasow Declaration Exhibit 23: Exhibit 175 to the deposition of Sara Richman
- Dkt. 179-24:   Wasow Declaration Exhibit 24: Exhibit 176 to the deposition of Sara Richman
- Dkt. 179-25:   Wasow Declaration Exhibit 25: Exhibit 177 to the deposition of Sara Richman
- Dkt. 179-26:   Wasow Declaration Exhibit 26: Exhibit 178 to the deposition of Sara Richman
- Dkt. 179-27:   Wasow Declaration Exhibit 27: Exhibit 179 to the deposition of Sara Richman
- Dkt. 179-28:   Wasow Declaration Exhibit 28: Exhibit 180 to the deposition of Sara Richman
- Dkt. 179-29:   Wasow Declaration Exhibit 29: Exhibit 181 to the deposition of Sara Richman
- Dkt. 179-30:   Wasow Declaration Exhibit 30: Exhibit 182 to the deposition of Sara Richman
- Dkt. 179-31:   Wasow Declaration Exhibit 31: Exhibit 183 to the deposition of Sara Richman
- Dkt. 179-32:   Wasow Declaration Exhibit 32: Exhibit 184 to the deposition of Sara Richman
- Dkt. 179-33:   Wasow Declaration Exhibit 33: Exhibit 185 to the deposition of Sara Richman
- Dkt. 179-34:   Wasow Declaration Exhibit 34: Excerpts of the deposition transcript of Ernest Friesen
- Dkt. 179-35:   Wasow Declaration Exhibit 35: Exhibit 123 to the deposition of David McLeod

- Dkt. 179-36:   Wasow Declaration Exhibit 36: Exhibit 122 to the deposition of David McLeod
- Dkt. 179-37:   Wasow Declaration Exhibit 37: Exhibit 157 to the deposition of Christine Moritz
- Dkt. 179-38:   Wasow Declaration Exhibit 38: Exhibit 125 to the deposition of David McLeod
- Dkt. 179-39:   Wasow Declaration Exhibit 39: Great-West 401(k) Standard Credited Rates
- Dkt. 179-42:   Wasow Declaration Exhibit 42: Ernest Friesen email to Catherine Tocher, dated August 10, 2011
- Dkt. 179-43:   Wasow Declaration Exhibit 43: Excerpts of the deposition transcript of Catherine Tocher
- Dkt. 179-44:   Wasow Declaration Exhibit 44: Great-West's Responses and Objections to Plaintiff's Third Set of Interrogatories
- Dkt. 179-48:   Wasow Declaration Exhibit 48: Fee Disclosure Margin
- Dkt. 179-49:   Wasow Declaration Exhibit 49: 2014 Fund and Guarantee Provision
- Dkt. 179-50:   Wasow Declaration Exhibit 50: Exhibit 108 to the deposition of Peter Tilley
- Dkt. 179-51:   Wasow Declaration Exhibit 51: Affidavit of Christine Moritz
- Dkt. 179-57:   Wasow Declaration Exhibit 57: Excerpts of the deposition transcript of David F. Babbel
- Dkt. 179-58:   Wasow Declaration Exhibit 58: Excerpts of the deposition transcript of Laura T. Starks

These documents were filed by Great-West and Plaintiff under seal in connection with the following motions: (1) Great-West's motion to decertify the class (Dkt. 164); (2) Great-West's motion for summary judgment (Dkt. 169); and (3) Plaintiff's motion for partial summary judgment (Dkt. 175). These documents should be maintained under seal in their entirety to protect Great-West's confidential financial and marketing information.

In addition, Great-West hereby moves to restrict public access to portions of the following documents:

- Exhibit 1:    Dkt. 164: Defendant's Motion to Decertify Class
- Exhibit 2:    Dkt. 165: Declaration of William Harmon
- Exhibit 3:    Dkt. 166: Declaration of Christine Moritz

- Exhibit 4:    Dkt. 167-1: Thies Declaration Exhibit 2: Expert Report of David F. Babbel
- Exhibit 5:    Dkt. 167-2: Thies Declaration Exhibit 3: Rebuttal Expert Report of David F. Babbel
- Exhibit 6:    Dkt. 167-4: Thies Declaration Exhibit 5: Expert Report of David A. Hall
- Exhibit 7:    Dkt. 167-8: Thies Declaration Exhibit 9: Expert Report of Laura T. Starks, Ph.D.
- Exhibit 8:    Dkt. 167-9: Thies Declaration Exhibit 10: Rebuttal Expert Report of Laura T. Starks, Ph.D.
- Exhibit 9:    Dkt. 169: Defendant's Motion for Summary Judgment
- Exhibit 10:   Dkt. 170: Declaration of Todd Sexton
- Exhibit 11:   Dkt. 175: Plaintiff's Motion for Partial Summary Judgment
- Exhibit 12:   Dkt. 176-13: Thies Declaration Exhibit 15: Expert Report of David F. Babbel
- Exhibit 13:   Dkt. 176-14: Thies Declaration Exhibit 16: Expert Report of David F. Babbel
- Exhibit 14:   Dkt. 176-15: Thies Declaration Exhibit 17: Expert Report of Richard W. Kopcke, Ph.D., CFA
- Exhibit 15:   Dkt. 176-16: Thies Declaration Exhibit 18: Expert Report of Steve Pomerantz, Ph.D.
- Exhibit 16:   Dkt. 176-17: Thies Declaration Exhibit 19: Rebuttal Expert Report of Steve Pomerantz, Ph.D.
- Exhibit 17:   Dkt. 176-18: Thies Declaration Exhibit 20: Expert Report of Laura T. Starks, Ph.D.
- Exhibit 18:   Dkt. 179-40: Wasow Declaration Exhibit 40: Expert Report of David F. Babbel
- Exhibit 19:   Dkt. 179-41: Wasow Declaration Exhibit 41: Rebuttal Expert Report of Richard W. Kopcke, Ph.D., CFA
- Exhibit 20:   Dkt. 179-52: Wasow Declaration Exhibit 52: Expert Report of David A. Hall
- Exhibit 21:   Dkt. 179-53: Wasow Declaration Exhibit 53: Rebuttal Expert Report of David F. Babbel
- Exhibit 22:   Dkt. 179-54: Wasow Declaration Exhibit 54: Expert Report of Richard W. Kopcke, Ph.D., CFA
- Exhibit 23:   Dkt. 179-55: Wasow Declaration Exhibit 55: Expert Report of Laura T. Starks, Ph.D.
- Exhibit 24:   Dkt. 179-56: Wasow Declaration Exhibit 56: Rebuttal Expert Report of Laura T. Starks, Ph.D.
- Exhibit 25:   Dkt. 179-60: Wasow Declaration Exhibit 60: Rebuttal Expert Report of Steve Pomerantz, Ph.D.

- Exhibit 26:   Dkt. 179-61: Wasow Declaration Exhibit 61: Expert Report of David F. Babbel

These documents were filed by Great-West and Plaintiff under seal in connection with the following motions: (1) Great-West's motion to decertify the class (Dkt. 164); (2) Great-West's motion for summary judgment (Dkt. 169); and (3) Plaintiff's motion for partial summary judgment (Dkt. 175). Because only portions of these documents include confidential information, Great-West is submitting redacted versions of the documents (attached as Exhibits 1-26) that may be filed in the public record. Great-West requests that the original, unredacted, versions of these documents remain under seal.

Finally, the following documents were filed under seal unnecessarily and Great-West requests the documents be placed in the public record:

- Exhibit 27:   Dkt. 176-10: Thies Declaration Exhibit 12: Excerpts of the deposition transcript of Steven Pomerantz, Ph.D.
- Exhibit 28:   Dkt. 176-11: Thies Declaration Exhibit 13: Excerpts of the deposition transcript of Catherine Tocher
- Exhibit 29:   Dkt. 176-12: Thies Declaration Exhibit 14: Excerpts of the deposition transcript of Brenda Veik
- Exhibit 30:   Dkt. 179: Declaration of Nina Wasow in Support of Plaintiff's Partial Motion for Summary Judgment
- Exhibit 31:   Dkt. 179-1: Wasow Declaration Exhibit 1: Farmer's Rice Group Fixed Deferred Annuity Contract
- Exhibit 32:   Dkt. 179-45: Wasow Declaration Exhibit 45: General Account Investment Expense Detail
- Exhibit 33   Dkt. 179-46: Wasow Declaration Exhibit 46: Great-West's Fee Disclosure
- Exhibit 34:   Dkt. 179-47: Wasow Declaration Exhibit 47: Great-West's Fee Disclosure
- Exhibit 35:   Dkt. 179-59: Wasow Declaration Exhibit 59: Addendum to Report of Steve Pomerantz, Ph.D.

In support of this motion, Great-West states that the documents listed above for which protection is sought include discussions and summaries of confidential material contained in

6

documents that have been marked confidential, including proprietary financial information related to the Crediting Rate for the Key Guaranteed Portfolio Fund ("KGPF") and the services that Great-West provides to retirement plans. The underlying financial information is extremely sensitive and release of it into the public record would give Great-West's competitors an unfair competitive advantage.

The information Great-West seeks to protect also includes details about the process by which Great-West sets the Crediting Rate for the KGPF, and by which Great-West prices the services that it provides to retirement plans, including the KGPF. This pricing information is extremely sensitive because release of it into the public record would give Great-West's competitors an unfair competitive advantage in obtaining future business.

The need to preserve trade secrets and sensitive commercial information can justify the closure of court proceedings and the filing of documents under seal. *Huddleson v. City of Pueblo*, 270 F.R.D. 635, 637 (D. Colo. 2010) (citing *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. at 600 n.5 (1980)). In particular, "[a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." *SBM Site Servs., LLC v. Garrett*, No 10-cv-00385, 2011 U.S. Dist. LEXIS 41527, at *9 (D. Colo. Apr. 12, 2011).

Moreover, no alternative to restriction is practicable because of the sensitivity of the information involved. The deposition excerpts Great-West seeks to protect already include only relevant portions, all of which are related to the sensitive information described above. Further redaction would leave little or nothing that would be comprehensible to the public. The remaining documents include presentations to Great-West's pricing committee, meeting minutes, pricing data,

and information about the composition of the investments in Great-West's general account and

Great-West's investment philosophy. All of this information is sensitive in its entirety and similarly

cannot be redacted further. Accordingly, Great-West requests that the court maintain the

documents listed above at Level 1, which restricts access to the court and the parties.

Great-West certified that the undersigned counsel met and conferred with counsel for

Plaintiff Nina Wasow by email on May 13, 2017, and Plaintiff will not oppose this motion.

**WHEREFORE,** Defendant Great-West Life & Annuity Company requests that the

Court review the documents listed above *in camera*, and that the Court enter the accompanying

proposed order, which provides that the documents listed above be restricted from public access.

DATED:  May 16, 2017                                SIDLEY AUSTIN LLP


                                                    /s/ *Daniel R. Thies*
                                                    Joel S. Feldman (admitted *pro hac vice*)
                                                    Mark B. Blocker (admitted *pro hac vice*)
                                                    Daniel R. Thies (admitted *pro hac vice*)
                                                    Tara A. Amin (admitted *pro hac vice*)
                                                    SIDLEY AUSTIN LLP
                                                    One South Dearborn
                                                    Chicago, Illinois  60603
                                                    Telephone: (312) 853-2030
                                                    Facsimile:  (312) 853-7036
                                                    Email:  jfeldman@sidley.com
                                                            mblocker@sidley.com
                                                            dthies@sidley.com
                                                            tamin@sidley.com

                                                    Joshua E. Anderson (admitted *pro hac vice*)
                                                    SIDLEY AUSTIN LLP
                                                    555 West Fifth Street
                                                    Los Angeles, California 90013
                                                    Telephone: (213) 896-6000
                                                    Facsimile:  (213) 896-6600
                                                    Email:  janderson@sidley.com

Michael L. O'Donnell #10273
Edward C. Stewart, #23834
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: stewart@wtotrial.com
        odonnell@wtotrial.com

Robert M. Little
Great-West Life & Annuity Insurance
Company
8525 East Orchard Road, 2T3
Greenwood Village, CO 80111
Telephone: (303) 737-5089
Facsimile: (303) 737-1699
E-mail:  bob.little@gwl.com

*Attorneys for Defendant, Great-West Life
and Annuity Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on May 16, 2017, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Todd F. Jackson
Nina Wasow
FEINBERG, JACKSON, WORTHMAN &
WASOW
383 4th Street, Suite 201
Oakland, California 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
tjackson@feinbergjackson.com
nwasow@feinbergjackson.com

Garrett W. Wotkyns
Michael McKay
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Rd., Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Scot Bernstein
LAW OFFICES OF SCOT D.
BERNSTEIN, A PROFESSIONAL
CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533
swampadero@sbernsteinlaw.com

Todd Schneider
Mark Johnson
James Bloom
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emoryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
jbloom@ schneiderwallace.com

Erin Riley
Matthew Gerend
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
eriley@kellerrohrback.com
mgerend@kellerrohrback.com

Jeffrey Lewis
Jacob Richards
KELLER ROHRBACK LLP
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone: (510) 463-3900
Facsimile: (510) 463-3901
jlewis@kellerrohrback.com
jrichards@kellerrohrback.com

_s/ Daniel R. Thies_
Daniel R. Thies