IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02330-WJM-NYW

JOHN TEETS,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

---

**DEFENDANT'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

---

Pursuant to this Court's Practice Standard III.K, Defendant Great-West Life & Annuity Insurance Company ("Great-West") moves for leave to cite the decision in *Insinga v. United of Omaha Life Insurance Co.*, Dkt. 30, No. 8:17-cv-179-RFR-MDN (D. Neb. Oct. 26, 2017) (attached as Exhibit A), which is relevant to the questions raised in Great-West's Motion for Summary Judgment (Dkt. 169) of whether the Great-West's exercise of its contractual right to set the credited interest rate each quarter makes it a fiduciary with respect to the KGPF Contract (Dkt. 169 at 32-36) and whether any relief is available against Great-West under ERISA Section 502(a)(3) (Dkt. 169 at 37-39). *See* Ex. A at 4-10 (holding that an insurance company did not act as a fiduciary by setting the credited rate and that no relief was available under Section 502(a)(3)).

Dated: October 26, 2017          Respectfully submitted,

By: */s/ Mark B. Blocker*
   Joel S. Feldman (admitted *pro hac vice*)
   Mark B. Blocker (admitted *pro hac vice*)
   Daniel R. Thies (admitted *pro hac vice*)
   Tara A. Amin (admitted *pro hac vice*)
   SIDLEY AUSTIN LLP
   One South Dearborn
   Chicago, Illinois 60603
   Telephone: (312) 853-2030
   Facsimile: (312) 853-7036
   Email: jfeldman@sidley.com
         mblocker@sidley.com
         dthies@sidley.com
         tamin@sidley.com

Joshua E. Anderson (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: janderson@sidley.com

Michael L. O'Donnell, #10273
Edward C. Stewart, #23834
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: odonnell@wtotrial.com
 stewart@wtotrial.com

Robert M. Little
Great-West Life & Annuity Insurance Company
8525 East Orchard Road, 2T3
Greenwood Village, CO 80111
Telephone: (303) 737-5089
Facsimile: (303) 737-1699
E-mail: bob.little@gwl.com

*Attorneys for Defendant Great-West Life and Annuity Insurance Company*

2

## CERTIFICATE OF SERVICE

I certify that on October 26, 2017, a copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following:

Todd F. Jackson
Nina Wasow
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
383 4th Street, Suite 201
Oakland, CA 94607
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
todd@feinbergjackson.com
nina@feinbergjackson.com

Garrett W. Wotkyns
Michael McKay
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N. Scottsdale Rd., Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Scot Bernstein
LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533
swampadero@sbernsteinlaw.com

Todd Schneider
Mark Johnson
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Ste. 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Erin Riley
Matthew M. Gerend
KELLER ROHRBACK LLP
101 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: eriley@kellerrohrback.com
Email: mgerend@kellerrohrback.com

Jeffrey Lewis
KELLER ROHRBACK LLP
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone: (510) 463-3900
Facsimile: (510) 463-3901
Email: jlewis@kellerrohrback.com


*s/ Mark B. Blocker*
Mark B. Blocker