**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2330-WJM-NYW

JOHN TEETS,

    Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order On Pending Motions, entered by the Honorable William J. Martínez, United States District Judge, on December 14, 2017, it is

ORDERED that

1. Defendant's Motion for Summary Judgment (ECF No. 181) is GRANTED;

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. 182) is DENIED;

3. Defendant's Motion to Decertify Class (ECF No. 180) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against Plaintiff and the Class, and this case is terminated.

IT IS FURTHER ORDERED that Defendant shall have its costs upon compliance

with D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 14th day of December, 2017.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk