FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

March 27, 2019

Elisabeth A. Shumaker
Clerk of Court

---

JOHN TEETS,

    Plaintiff - Appellant,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

    Defendant - Appellee,

------------------------------

AARP; AARP FOUNDATION; AMERICAN COUNCIL OF LIFE INSURERS,

    Amici Curiae.

No. 18-1019
(D.C. No. 1:14-CV-02330-WJM-NYW)
(D. Colo.)

---

**JUDGMENT**

---

Before **MATHESON**, **BACHARACH**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

        Entered for the Court

        ELISABETH A. SHUMAKER, Clerk